ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Remigio Gomez-Marroquin,<br>    Petitioner,<br>v.<br>Kristi Noem, et al.,<br>    Respondents. | No. CV-25-04579-PHX-SMB (CDB)<br>**ORDER** |

Petitioner Remigio Gomez-Marroquin has filed, through counsel, a Petition for Writ of Habeas Corpus Under § 2241. (Doc. 1). In his Petition, Petitioner names as Respondents: Department of Homeland Security (DHS) Secretary Kristi Noem; Immigration and Customs Enforcement (ICE) Acting Director Todd M. Lyons; ICE Phoenix Field Office Director John Cantu; Eloy Detention Center Warden Fred Figueroa; and Executive Office for Immigration Review Acting Director Sirce Owen.

Petitioner is a native and citizen of Guatemala who entered the United States in 2007 and has resided in the United States since that time. On or about September 7, 2025, Petitioner was taken into ICE custody and classified by ICE as an "applicant for admission" subject to mandatory detention pursuant to 8 U.S.C. § 1225(b)(2). Petitioner asserts that he is not an "applicant for admission," and that his detention is instead governed by 8 U.S.C. § 1226(a), which authorizes release on bond or conditional parole. However, because Respondents have refused to grant him a bond redetermination hearing pursuant to § 1226(a), Petitioner asserts that his continued detention is in violation of the Fifth

Amendment.

The Court will require Respondents to answer the Petition.

**IT IS ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition upon Respondents.

(2) If not already issued, the Clerk's Office must issue any properly completed summonses.

(3) The Clerk of Court must immediately transmit by email a copy of this Order and a copy of the Petition (Doc. 1) to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson at theo.nickerson2@usdoj.gov.

(4) Respondents must answer the petition within **twenty (20) days** of the date of service.

(5) Petitioner may file a reply within **ten (10) days** from the date of service of the answer.

Dated this 15th day of December, 2025.

Honorable Susan M. Brnovich
United States District Judge